UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **CV 23-8526-MWF(SSCx)**                                                              Date:  February 29, 2024

Title  **Jose Figueroa Herrera v. Credit Collection Services Comercial, et al.**

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

     A review of the docket reflects that the Complaint was filed on October 10, 2023.  (Docket No. 1).  On October 27, 2023, Plaintiff filed Proofs of Service as to Defendants Credit Collection Services Comercial and United Financial Casualty Company (collectively, "Defendants").  (Docket Nos. 9 and 10).  On November 27, 2023, Plaintiff filed a Request for Entry of Default as to Defendants.  (Docket No. 11).  On November 28, 2023, the Clerk entered Default as to Defendants.  (Docket No. 13).

     On December 12, 2023, the Court issued an Order to Show Cause Re Default Judgment (the "OSC").  (Docket No. 14).  The mailing of the OSC was returned January 2, 2024.  (Docket No. 15).  On January 19, 2024, Plaintiff filed a Notice of Change of Address.  (Docket No. 16).  In light of the returned mail and Notice of Change of Address, the Court vacated the OSC and filed a Second OSC on January 25, 2024.  (Docket Nos. 17 and 18).

     The Second OSC set a hearing on February 26, 2024.  Had Plaintiff filed a Motion for Default Judgment prior to the hearing, the hearing would have been vacated.  (Second OSC, ¶ 1).  Plaintiff did not appear for the Second OSC hearing on February 26, 2024, and a Motion for Default Judgment has not been filed.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **CV 23-8526-MWF(SSCx)**                                       Date:  February 29, 2024

Title         **Jose Figueroa Herrera v. Credit Collection Services Comercial, et al.**

The Court now **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept a Motion for Default Judgment no later than **MARCH 29, 2024**.  Any Motion for Default Judgment must comply with the Court's Procedures and Schedules.  See http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  See Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **MARCH 29, 2024**, will result in the dismissal of this action.

IT IS SO ORDERED.

The Court directs Plaintiff to review the Self-Representation Order (Docket No. 8).

Although Plaintiff is proceeding pro se, *i.e.*, without legal representation, Plaintiff nonetheless is required to comply with Court orders, the Local Rules, and the Federal Rules of Civil Procedure.  See C.D. Cal. L.R. 83-2.2.3.  The Court cannot provide advice to any party, including pro se litigants.

Public Counsel runs a free Federal Pro Se Clinic where pro se litigants can get information and guidance.  The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012.  The Pro Se Clinic can provide information and assistance about many aspects of civil litigation in this Court.  The Court has information of importance to pro se litigants at the "People Without Lawyers" at http://prose.cacd.uscourts.gov/.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-8526-MWF(SSCx)**   Date: February 29, 2024

Title   **Jose Figueroa Herrera v. Credit Collection Services Comercial, et al.**

Pro se litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.